IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

MARIO A. LIKELY,                    NOT FINAL UNTIL TIME EXPIRES TO
                                    FILE MOTION FOR REHEARING AND
        Appellant,                  DISPOSITION THEREOF IF FILED

v.                                  CASE NO. 1D16-2157

STATE OF FLORIDA,

        Appellee.

_____/

Opinion filed September 22, 2016.

An appeal from an order of the Circuit Court for Escambia County.
W. Joel Boles, Judge.

Nancy A. Daniels, Public Defender, and Steven L. Seliger, Assistant Public
Defender, Tallahassee, for Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

        AFFIRMED.

WOLF, BILBREY, and M.K. THOMAS, JJ., CONCUR.